UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYRON JACKSON,

    Petitioner,

                                                                      Civil Case No. 03-70189
                                                                      Criminal Case No. 96-80205

-vs-                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

    Respondent.
_____/

ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND (2) DENYING PETITIONER'S MOTION FOR
RELIEF FROM JUDGMENT

       The Court has reviewed the Magistrate Judge's Report and Recommendation filed on May 31, 2005, as well as Petitioner's objections filed on June 16, 2005.

       **IT IS ORDERED** that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and Defendant's Motion for Relief from Judgment is DENIED.

                                                                    s/Paul D. Borman
                                                                    PAUL D. BORMAN
                                                                    UNITED STATES DISTRICT JUDGE

Dated: August 5, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 5, 2005.

                                                                  s/Jonie Parker
                                                                   Case Manager